UNITED STATES DISTRICT COURT

DISTRICT OF OREGON


PAUL HENDRICKS (deceased),    Case No.:   2:14-CV-00439-SU

    Plaintiff,

    v.    ORDER

CAROLYN COLVIN, Commissioner,
Social Security Administration

    Defendant.


    Based upon the stipulation of the parties, it is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, an attorney fee in the amount of $6,418.33 is awarded to Plaintiff.  It is ordered that the attorney fee will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).   If Plaintiff has no such debt, then the check shall be made payable to Plaintiff's attorney, George J. Wall, and mailed to Plaintiff's attorney's mailing address at: 1336 E. Burnside St., Suite 130, Portland OR

97132. If Plaintiff has such debt, then the check for any remaining funds, after offset of the debt, shall be made payable to Plaintiff and mailed to Plaintiff's attorney's mailing address stated above.

IT IS SO ORDERED this 4th day of September, 2015.

*Marco Hernandez*
MARCO A. HERNANDEZ
United States District Judge

Submitted by:

/s/ George J. Wall

_____
George J. Wall, OSB #93451
gwall@eastpdxlaw.com
Phone No.: 503-236-0068
Fax No.: 503-236-0028
Attorney for Plaintiff, Paul Hendricks (Deceased)